In re Estate of Oscar J. Ruh, Deceased.
First National Bank of Chicago, Executor, Appellant,
v. Wally Rexhausen Ruh, Appellee.

Gen. No. 42,990.

opinion filed December 19, 1944; rehearing denied January 9, 1945; additional opinion filed January 9, 1945; released for publication January 9, 1945. Hubbard, Baker & Rice, Sheehan & Egan and Harold C. Osburn, for appellant; Alvin Glen Hubbard and Roy J. Egan, of counsel; George R. Faust and Musgrave, Oppenheim, Price & Ewins, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.